IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REMOVAL

|  |  |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>v.<br><br>Julien Jerome Rodgers,<br><br>               Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  DAVID T. SCHULTZ<br>U.S. MAGISTRATE JUDGE<br><br>Case No:       22-mj-480 DTS<br>Date:           June 2, 2022<br>Video Conference<br>Time Commenced:  2:25 p.m.<br>Time Concluded:    2:31 p.m.<br>Time in Court:      6 minutes |

APPEARANCES:

    Plaintiff: Jordan Sing, Assistant U.S. Attorney
    Defendant: Manny Atwal,
             X  FPD        X To be appointed

    X  Advised of Rights

on    X  Indictment

X Date charges or violation filed: 4/21/2022
X Current Offense: Conspiracy to Possess with intent to distribute a controlled substance
X **Charges from other District:**  District of North Dakota
X Title and Code of underlying offense from other District: 21:846
X Case no: 3:22-cr-69

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Monday, June 6, 2022 at 3:00 p.m. via video conference before U.S. Magistrate Judge John F. Docherty for:
X  Detention hrg      X Removal hrg


Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

                                                                             s/ SAE
                                                          Signature of Courtroom Deputy