UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 22-mj-480 (DTS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER FOR DETENTION** |
| v. | ) |
| | ) |
| JULIEN JEROME RODGERS, | ) |
| | ) |
| Defendant. | ) |

This matter came before the Court on June 6, 2022, for an identity, removal, and detention hearing following Defendant Julien Jerome Rodgers's arrest in the District of Minnesota pursuant to an indictment returned against him in the District of North Dakota. Mr. Rodgers appeared in custody and was represented by Assistant Federal Defender Manny Atwal. The United States of America was represented by Assistant United States Attorney Jordan L. Sing.

Mr. Rodgers consented to holding the hearing via Zoom teleconference due to the ongoing realities of the COVID-19 pandemic. The Court advised Mr. Rodgers of some of his constitutional rights, including the right to consult with his appointed counsel, and of the procedural posture of this matter. *See* Fed. R. Crim. P. 5(c)(3), (d). Mr. Rodgers ultimately elected to waive the issues of identity and removal, while reserving the issue of detention until his arrival in the District of North Dakota.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1.  On or about April 21, 2022, a grand jury in the District of North Dakota returned an indictment against Mr. Rodgers and several co-defendants. The Indictment

charges Mr. Rodgers with conspiracy to possess with intent to distribute a controlled substance.

2.     Pursuant to Rule 5(c)(3)(D), Fed. R. Crim. P., Mr. Rodgers knowingly and voluntarily waived the issues of identity and removal.

3.     As to detention, Mr. Rodgers elected to reserve the issue until his arrival in the District of North Dakota.

4.     The charges in this matter carry a rebuttable presumption of detention pending trial.   18 U.S.C. § 3142(e)(3)(A). Based on the defendant's waiver, he elected not to meet his burden at this time. *Id.* Accordingly, the defendant will be detained for additional proceedings in the District of North Dakota.

## ORDER

Accordingly, based on all the files, records, and proceedings, **IT IS HEREBY ORDERED:**

1.     The motion of the United States for detention is **GRANTED**;

2.     Mr. Rodgers is committed to the custody of the United States Marshals for transport and confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3.     Mr. Rodgers shall be afforded reasonable opportunity to consult privately with his lawyer; and

4.     Upon order of the Court or request by the United States Attorney, the person in charge of the correctional facility in which Mr. Rodgers is confined shall deliver him to

the United States Marshals for the purpose of appearance in connection with all court proceedings.

Dated: June 6, 2022                              _s/   *John F. Docherty*_____
                                                 Hon. John F. Docherty
                                                 United States Magistrate Judge